WOODFIELD ASSN., INC. v. ACKERMAN

No. 395P97

Case below: 126 N.C.App. 833
347 N.C. 274

Petition by defendant to rehear petition for discretionary review is dismissed by order of the Court 4 December 1997.

PETITION TO REHEAR

ROBINETTE v. BARRIGER

No. 527A94

Case below: 342 N.C. 181
342 N.C. 666

Motion by plaintiff for reconsideration of petition to rehear denied 4 December 1997.

Justice Orr recused.